WILLIAM G. YOUNG
DISTRICT JUDGE

June 28, 2008

Re: William G. Young Calendar Year 2007 Filing

Dear Judge Smith,

Thank you for your letter of June 12, 2008. I'm laid up with shoulder surgery but wanted to render a prompt reply. You raise three issues:

1. In Part VII, page 4, lines 12 and 15, the stock identifiers should read "DANAOS (X)" and "Ideare (X)."

2. In Part VII, page 4, lines 7-17, and page 5, lines 19-22 and 24-27, the word "NONE" should appear in each instance in column B(2). I made this same mistake last year. It won't happen again.

3. The acquisition of Micron Technologies, noted in Part VII, page 5, line 20, ought have a "k" in column D(3).

I trust this answers your inquiry and apologize for any burden I may have caused.

Respectfully,



# FINANCIAL DISCLOSURE REPORT

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| YOUNG, WILLIAM G. | UNITED STATES DISTRICT COURT DISTRICT OF MASSACHUSETTS | MAY 6 ~~04/16~~/2008 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  DISTRICT JUDGE | 5a. Report Type (check appropriate type)  ☐ Nomination, Date  ☐ Initial  ☑ Annual  ☐ Final  5b. ☐ Amended Report | 6. Reporting Period  JAN 1, 2007 to DEC 31, 2007 |
|---|---|---|

| 7. Chambers or Office Address  SUITE 5710  UNITED STATES COURTHOUSE  1 COURTHOUSE WAY, BOSTON, MASS 02210 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer_____ Date_____ |
|---|---|

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. LECTURER & FACULTY MEMBER | BOSTON UNIVERSITY LAW SCHOOL |
| 2. LECTURER & FACULTY MEMBER | MASSACHUSETTS CONTINUING LEGAL EDUCATION, INC |
| 3. TRUSTEE | TRUST |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED
2008 MAY 12 A 9: 42
FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| WILLIAM G. YOUNG | MAY 6 ~~04/16~~/2008 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☒ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. JAN - MAY '07 | BOSTON UNIVERSITY - TEACHING INCOME | $ 16,400.00 |
| 2. SEPT - DEC '07 | MASSACHUSETTS CONTINUING LEGAL ED, INC - TEACHING | 7,500.00 |
| 3. | THOMPSON - WEST - BOOK ROYALTY | 7,480.77 |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☒ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. ALI | 3/6 - 3/9 | CHARLOTTE AMALIE, V.I. | CLE TEACHING | FOOD, LODGING + TRANSPORTATION |
| 2. NYIPLA | 3/23 | NEW YORK, N.Y. | MEETING | FOOD, LODGING + TRANSPORTATION |
| 3. ABA | 4/18 - 4/20 | WASHINGTON, D.C. | CLE TEACHING | FOOD, LODGING & TRANSPORTATION |
| 4. FLORIDA STATE BAR | 6/27 - 6/29 | ORLANDO, FL | ADDRESS | FOOD, LODGING + TRANSPORTATION |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WILLIAM G. YOUNG | MAY 6 ~~04/16~~/2008 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✓] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WILLIAM G. YOUNG | MAY 6 ~~04/16~~/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[≠] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. BANK OF AMERICA, NEEDHAM, MA 1) JOINT SAVINGS 2) IRA 3) CD's | D | INT | N | T | | | | | |
| 2. AKAMAI COMMON STOCK | | NONE | J | T | | | | | |
| 3. AT&T COMMON STOCK | A | DIV | J | T | | | | | |
| 4. KEYSPAN ENERGY COMMON STK | A | DIV | J | T | SELL | 10/25 | K | -C | |
| 5. VERIZON COMMON STOCK | A | DIV | J | T | | / | | | |
| 6. LISTED BELOW ARE THE INCOME PRODUCING ASSETS OF A TRUST, I AM THE TRUSTEE | | | | | | | | | |
| 7. ADVANCED MICRO DEVICES | | | K | T | BUY | 8/25 9/28 | K | | |
| 8. ALCOA | | | K | T | BUY | 12/7 | K | | |
| 9. ALESCO | | | | T | BUY SELL | 5/22 10/19 | K | -0- | |
| 10. ARCHER DANIELS | | | | T | BUY SELL | 6/25 12/20 | K | D | |
| 11. CBS CORP | | | L | T | BUY | 1/29 | L | | |
| 12. DANAOS | | | | T | SELL | 3/27 | K | C | |
| 13. GENERAL ELECTRIC CAPITAL | | | L | T | BUY | 4/19 | L | | |
| 14. HERSHEY CO. | | | K | T | BUY | 12/20 | K | | |
| 15. IDEARC | | | | T | SELL | 1/29 | K | A | |
| 16. ING GROEP | | | K | T | BUY | 3/27 | K | | |
| 17. KRAFT FOODS | | | L | T | BUY | 9/25 | L | - | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| WILLIAM G. YOUNG | MAY 6 ~~04/16/2008~~ |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

18. MERRILL LYNCH & CO INC.  B  DIV  K  T

19. NEWMONT MINING CORP  T  SELL  9/25  K  C

20. MICRON TECHNOLOGY  K  T  BUY  9/28

21. NEW YORK TIMES  T  SELL  2/12  L  C

22. ROYAL BANK OF SCOTLAND PREF.  K  T

23. ROYAL BANK OF SCOTLAND  B  DIV  K  T

24. VERIZON  T  SELL  1/29  L  D

25. WELLS FARGO PREF  K  T

26. WESTERN UNION  T  SELL  10/19  L  B

27. WESTWOOD ONE  T  SELL  8/10  K  -0-

28. METROPOLITAN TRANSIT AUTHY  D  INT  M  T

29. LONG ISLAND POWER AUTHY  A  INT  K  T

30. NEW YORK CITY MUN. BOND  B  INT  K  T

31. NEW YORK STATE DORM AUTHY  A  INT  K  T

32. NEW YORK STATE LOCAL GOVT  C  INT  M  T

| Name of Person Reporting | Date of Report |
|---|---|
| WILLIAM G. YOUNG | MAY 6 ~~04/16~~/2008 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signatu

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544